No. D–1910. IN RE DISBARMENT OF CARANCHINI. Further consideration of response to the rule to show cause deferred. [For earlier order herein, see 522 U. S. 1104.]

No. D–1913. IN RE DISBARMENT OF SHELDRAKE. Disbarment entered. [For earlier order herein, see 522 U. S. 1104.]

No. D–1914. IN RE DISBARMENT OF GURSTEL. Disbarment entered. [For earlier order herein, see 522 U. S. 1104.]

No. D–1916. IN RE DISBARMENT OF CAMPBELL. Disbarment entered. [For earlier order herein, see 522 U. S. 1104.]

No. D–1917. IN RE DISBARMENT OF BARTON. Disbarment entered. [For earlier order herein, see 522 U. S. 1145.]

No. D–1942. IN RE DISBARMENT OF COLLINS. Ephraim Collins, of Boca Raton, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1943. IN RE DISBARMENT OF KANTOR. Stanley Lewis Kantor, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1944. IN RE DISBARMENT OF HALL. Sylvia E. Hall, of Deep Water, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. M–66. ASHIEGBU v. GRAY ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 97–8191. TORAIN v. SIEMENS ROLM COMMUNICATIONS, INC. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until May 18, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.